Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California  90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

JS - 6

Attorneys for Plaintiffs
NIPPON YUSEN KAISHA and
NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, doing business as NYK LINE;  NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA;<br><br>Plaintiffs,<br><br>vs.<br><br>CARGO INTERNATIONAL FORWARDERS & NVOCC, INC.;<br><br>Defendant.<br>_____ | CASE NO.: CV12-7266 BRO (RZx)<br><br>IN ADMIRALTY<br><br>JUDGMENT GRANTING DEFAULT JUDGMENT AGAINST CARGO INTERNATIONAL FORWARDERS & NVOCC, INC.<br><br>Date of Hearing:     June 17, 2013<br>Time:                       1:30 p.m.<br>Courtroom:  Honorable Beverly Reid O'Connell<br>                    Courtroom 14<br>                    312 Spring Street,<br>                    Los Angeles, CA 90012 |

In accordance with this Court's Order Granting Plaintiff's Motion for Entry of Default Judgment, the Court hereby orders judgment in favor of Plaintiff Nippon Yusen Kaisha ("NYK") against Defendant Cargo International Forwarders & NVOCC, Inc., in the amount of $33,818.01, plus prejudgment interest of

---

[PROPOSED] JUDGMENT GRANTING DEFAULT JUDGMENT AGAINST
CARGO INTERNATIONAL FORWARDERS & NVOCC, INC.

1  $243.35, plus attorneys' fees of $3,375.00, and court costs and expenses of
2  $464.10, for a total judgment of $37,900.46.  The Court also awards NYK interest
3  on the judgment until paid under 28 U.S.C.§1961.

4

5        IT IS SO ORDERED.

6

7  Dated: July 8, 2013           _____

8                      HON. BEVERLY REID O'CONNELL

9                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28